IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Snulligan, Jermaine

Printed: 03/24/09

Case Number: 06 B 03851
Judge: Goldgar, A. Benjamin
Filed: 4/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 19, 2008
Confirmed: June 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,797.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 6,602.17 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,726.00 |
| Trustee Fee: |  | 461.64 |
| Other Funds: |  | 7.19 |
| Totals: | 8,797.00 | 8,797.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Staver & Gainsberg P.C. | Administrative | 1,726.00 | 1,726.00 |
| 2. | Greater Chicago Finance | Unsecured | 2,584.84 | 2,024.35 |
| 3. | T Mobile USA | Unsecured | 217.52 | 163.64 |
| 4. | Premier Bankcard | Unsecured | 435.92 | 341.40 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 3,345.00 | 2,619.69 |
| 6. | Illinois State Tollway | Unsecured | 1,855.40 | 1,453.09 |
| 7. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 8. | Internal Revenue Service | Priority |  | No Claim Filed |
|  |  |  | $ 10,164.68 | $ 8,328.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 58.55 |
| 4.8% | 116.07 |
| 5.4% | 250.44 |
| 6.5% | 36.58 |
|  | $ 461.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Snulligan, Jermaine | Case Number: 06 B 03851 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 4/7/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*